FILED
APR 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-7249
    Facsimile: (415) 436-7234
    E-Mail: andrew.scoble@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIM ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | ) No. C 07-01844 MHP<br>)<br>) UNITED STATES' APPLICATION<br>) FOR LEAVE TO FILE [PROPOSED]<br>) SUR-REPLY TO DEFENDANT'S<br>) TRAVERSE; AND [PROPOSED ORDER<br>)<br>)<br>) |

### APPLICATION

    The United States hereby applies for leave to file the [Proposed] United States' Sur-Reply to Defendant's Traverse. As grounds for this request, the United States respectfully submits the following:

    1.    Defendant filed his Section 2255 motion on or about April 3, 2007. He advanced two arguments challenging his sentence: (1) that his sentence inappropriately reflects an enhancement for a prior conviction; and (2) that his counsel rendered ineffective assistance by negotiating a plea agreement that included an enhancement for a prior conviction for which Ellis was ineligible. He appeared to argue that the conviction did not qualify as a "felony" because he

APPLICATION; AND ORDER
[C 07-01844 MHP]

1 | had only received a term of probation (despite the fact that the violation was punishable by a
2 | term of imprisonment exceeding one year in state prison). The Court found the first claim barred
3 | by the express terms of Ellis's plea agreement, but ordered the government to respond to the
4 | second claim. The government filed its Opposition to Defendant's Motion for Relief Under 28
5 | U.S.C. Section 2255 on October 3, 2007.

6 |     2.    Nowhere in his papers in support of the 2255 motion did defendant Ellis argue
7 | that his counsel had been ineffective for failing to cite United States v. Stallings, 301 F.3d 919
8 | (8th Cir. 2002). That case was decided by the Eighth Circuit in 2002. Only after the government
9 | filed its Opposition, in his Response to the Government's Response to Defendant's Section 2255,
10 | did defendant advance an argument based upon this out-of-circuit case from 2002.

11 |     3.    Because the defendant's Response raises arguments based on Stallings that the
12 | defendant did not raise in his initial moving papers, the United States believes that its [Proposed]
13 | United States' Sur-Reply to Defendant's Traverse, which is submitted herewith, would assist the
14 | Court in determining defendant's motion.

15 |     For these reasons, the government respectfully requests that the Court enter the proposed
16 | Order set forth below.

17 | Dated: 4/18/2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Andrew M. Scoble

ANDREW M. SCOBLE
Assistant United States Attorney

### ORDER

For good cause appearing, the COURT HEREBY ORDERS THAT the United States' [Proposed] United States' Sur-Reply to Defendant's Traverse be filed in this case.

DATED: 4/21/08

HON. MARILYN HALL PATEL
United States District Judge

APPLICATION; AND ORDER
[C 07-01844 MHP]    2