UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM ELLIS,

        Plaintiff(s),

  vs.

UNITED STATES OF AMERICA,

        Defendant(s).

No. C 07-01844 MHP
[CR 01-003344 MHP

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED

Date: May 6, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California