UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM ELLIS,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.
_____/

No. C 07-01844 MHP
[CR 01-00344 MHP]

**ORDER**
**Re: Certificate of Appealability**

  Petitioner filed a notice of appeal, which the court construes as also requesting a certificate of appealability pursuant to 28 U.S.C. section 2253(c) and Federal Rule of Appellate Procedure 22(b). The certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

  The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

  IT IS SO ORDERED.

Dated: May 20, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California