UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KIM ELLIS,<br><br>    Defendant.<br>_____/ | No. CR-01-0344 EMC-20<br><br>[No. C-07-1844 EMC]<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO REOPEN UNDER SECTION 2255**<br><br>**(Docket No. 2019)** |

    Kim Ellis has filed a motion, asking the Court to reopen his federal habeas case. The Court hereby orders the following briefing schedule on Mr. Ellis's motion.

(1)    The United States shall have until November 7, 2011, to file an opposition to the motion.

(2)    Mr. Ellis shall have until December 7, 2011, to file a reply to the opposition.

    Because Mr. Ellis is asking to reopen his federal habeas case, the Clerk of the Court shall file a copy of his motion in that case, No. C-07-1844 EMC.[1] In addition, the Court instructs the parties

///

///

///

///

---

[1] Currently, the case is captioned No. C-07-1844 MHP (and not EMC). However, because Mr. Ellis's criminal case has been referred to the undersigned, Mr. Ellis's related federal habeas case shall be "renumbered" so that the undersigned's initials are used instead of Judge Patel's.

to use No. C-07-1844 EMC in the caption of their briefs rather than the criminal case number (*i.e.*, No. CR01-0344 EMC-20).

IT IS SO ORDERED.

Dated: October 7, 2011

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KIM ELLIS,

        Plaintiff,

v.

USA et al,

        Defendant.

Case Number: CV07-01844 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kim Ellis 95279-011
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

Dated: October 7, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3